# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140632

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LUIS ERNESTO PALENCIA-SANCHEZ,
     Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140632
COA: 295670
Washtenaw CC: 09-001267-FC

On order of the Court, the application for leave to appeal the January 28, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

p0517